No. 770. CHIMEL *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante*, p. 958.] Joint motion to dispense with printing appendix denied. Request by petitioner for additional time for oral argument denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent on the joint motion.

No. 1005, Misc.  ALLOWAY *v.* EYMAN, WARDEN, ET AL.;
No. 1044, Misc.  MCCARTHY *v.* NORTH CAROLINA;
No. 1058, Misc.  MONTALBANO *v.* FIELD, MEN'S COLONY SUPERINTENDENT;
No. 1063, Misc.  CUPP *v.* CROUSE, WARDEN;
No. 1071, Misc.  SCHWAMB *v.* BURKE, WARDEN, ET AL.;
No. 1081, Misc.  BERRY *v.* FITZHARRIS, WARDEN;
No. 1083, Misc.  PIPPIN *v.* BLACKWELL, WARDEN;
No. 1092, Misc.  BRYANT *v.* CRAVEN, WARDEN;
No. 1101, Misc.  SCHMITT *v.* BURKE, WARDEN;
No. 1102, Misc.  ARCHULETA *v.* TURNER, WARDEN; and
No. 1125, Misc.  CHILDRESS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 977, Misc.  BIGGS *v.* JUSTICES OF THE SUPREME COURT OF ILLINOIS.  Motion for leave to file petition for writ of mandamus and other relief denied.

No. 701. GASTON COUNTY, NORTH CAROLINA *v.* UNITED STATES.  Appeal from D. C. D. C.  Probable jurisdiction noted. *Grady B. Stott* and *Wesley E. McDonald, Sr.,* for appellant. *Solicitor General Griswold, Assistant Attorney General Pollak,* and *Nathan Lewin* for the United States.